EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 5 2004

at 10 o'clock and 34 min. AM
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  ROCIO SERRANO,         (02)  Defendant. | MAG. NO. 04-000284-02 BMK  ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Criminal Complaint against ROCIO SERRANO on the ground that further criminal investigation is on-going.

The above-listed defendant is in custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, March 25, 2004.

EDWARD H. KUBO, JR.,
UNITED STATES ATTORNEY
District of Hawaii

By *Loretta Sheehan*
LORETTA SHEEHAN
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

BARRY M. KURREN
------
UNITED STATES MAGISTRATE JUDGE

United States v. Rocio Serrano
Mag. No. 04-000284-02 BMK
Order for Dismissal